1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

FILED

MAY 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 07 0338 |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: |
| v. | ) | 26 U.S.C. § 7206(1) - Making and Subscribing False Tax Returns. |
| SIMON S. YUAN, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:  (26 U.S.C. § 7206(1))

On or about May 4, 2003, in the Northern District of California, the defendant

SIMON YUAN

then a resident of Los Altos, California, did willfully make and subscribe a Form 1120- U.S. Corporation Income Return of Hunan Garden Restaurant (Hunan) for the tax year ending September 30, 2002, which was verified by a written declaration that it was made under the penalty of perjury and was filed with the Internal Revenue Service, which corporate income tax return the defendant did not believe to be true and correct as to every material matter, in that the defendant willfully omitted material information concerning the total income reported on the return, in that on line 11 of the corporate income tax return, the defendant claimed that the total

1  income for the tax year ending September 30, 2002 was $663,933, when in truth and in fact, as
2  the defendant well knew and believed, the total income of Hunan was in excess of that amount.
3        In violation of Title 26, United States Code, Section 7206(1).
4  COUNT TWO: (26 U.S.C. § 7206(1))
5        On or about June 28, 2004, in the Northern District of California, the defendant
6                            SIMON YUAN
7  then a resident of Los Altos, California, did willfully make and subscribe a Form 1120- U.S.
8  Corporation Income Return of Hunan Garden Restaurant (Hunan) for the tax year ending
9  September 30, 2003, which was verified by a written declaration that it was made under the
10 penalty of perjury and was filed with the Internal Revenue Service, which corporate income tax
11 return the defendant did not believe to be true and correct as to every material matter, in that the
12 defendant willfully omitted material information concerning the total income reported on the
13 return, in that on line 11 of the corporate income tax return, the defendant claimed that the total
14 income for the tax year ending September 30, 2003 was $636,207, when in truth and in fact, as
15 the defendant well knew and believed, the total income of Hunan was in excess of that amount.
16       In violation of Title 26, United States Code, Section 7206(1).
17 COUNT THREE: (26 U.S.C. § 7206)(1))
18       On or about January 20, 2005, in the Northern District of California, the defendant
19                           SIMON YUAN
20 then a resident of Los Altos, California, did willfully make and subscribe a Form 1120- U.S.
21 Corporation Income Return of Hunan Garden Restaurant (Hunan) for the tax year ending
22 September 30, 2004, which was verified by a written declaration that it was made under the
23 penalty of perjury and was filed with the Internal Revenue Service, which incorporate income tax
24 return the defendant did not believe to be true and correct as to every material matter, in that the
25 defendant willfully omitted material information concerning the total income reported on the
26 return, in that on line 11 of the corporate income tax return, the defendant claimed that the total
27 income for the tax year ending September 30, 2004 was $640,571, when in truth and in fact, as
28 the defendant well knew and believed, the total income of Hunan was in excess of that amount.

INFORMATION                                   2

1  In violation of Title 26, United States Code, Section 7206(1).

SCOTT N. SCHOOLS
United States Attorney

_____
MARK KROTOSKI
Chief, Criminal Section

Approved as to Form

AUSA: _____
JAY R. WEILL

INFORMATION                                3

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

26 USC § 7206(1) - 3 counts -
False Tax Retrun

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
26 USC § 7206(1) - 3 yrs imprisonment; $250,000 fine;
1 yr - supervised release; $100 Special Assessment

**DEFENDANT - U.S.**
▶ SIMON S. YUAN

E-filing

**DISTRICT COURT NUMBER**
CR 07 0338 JF PVT

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  }  If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

FILED MAY 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JAY R. WEILL, AUSA, CHIEF TAX DIV.
(415) 436-7017

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
949 Altos Oaks Drive
Los Altos, CA 94024

Date/Time:

Before Judge:

Comments: Contact IRS Special Agent George Britton re service of Summons (415) 522-6003