AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

SIMON YUAN

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00338-JF

FILED 2007 JUN 14 A 11:40
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

I, __SIMON YUAN__, the above named defendant, who is accused of

__SUBSCRIBING A FALSE TAX RETURN IN VIOLATION OF 26 U.S.C. § 7206(1)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __JUNE 14, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _Patricia V. Trumbull_ 6/14/07
Judicial Officer