**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, June 27, 2007
**Case Number:** CR-07-00338-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. SIMON YUAN**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Simon Yuan |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Scott Frewing |

PROCEEDINGS:
   Disposition hearing held.  Counsel and defendant are present.
   Defendant pleads guilty to counts 1, 2 and 3 of the Information.
   Continued to 10/3/07 at 9:00 a.m. for judgment and sentencing.