```
SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>         Plaintiff,            )<br>                               )<br>    v.                         )<br>                               )<br>SIMON S. YUAN,                 )<br>                               )<br>         Defendant.            )<br>_____) | NO. CR-07-0338-JF<br><br><br><br><br>SUBSTITUTION OF COUNSEL<br>AND REQUEST FOR NOTICE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel for the United States of America in this matter is Cynthia Stier, who enters her appearance and requests that all notices given or required to be given and all papers served or required to be served in this case upon the United States of America be given to and served upon the following:

```
        Cynthia Stier
        Assistant U.S. Attorney
        Tax Division
        450 Golden Gate Avenue, 9th Floor
        P.O. Box 36055
        San Francisco, CA 94102
        Tel.No.415-436-7000
        Fax No. 415-436-6748
        E-mail cynthia.stier@usdoj.gov
```

                                    SCOTT N. SCHOOLS
                                    United States Attorney

Date: September 10, 2007            /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division