\*\*E-filed 10/3/07\*\*

Scott H. Frewing, State Bar No. 191311
Andrew P. Crousore, State Bar No. 202195
Elizabeth Chien, State Bar No. 240747
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.h.frewing@bakernet.com
elizabeth.chien@bakernet.com

Attorneys for Defendant
Simon Yuan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-07-0338-JF** |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| v. | **ORDER RE-SCHEDULING SENTENCING HEARING** |
| SIMON S. YUAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing, currently scheduled for Wednesday, October 3, 2007 at 9:00 a.m. shall be vacated, and subject to the approval of the Court, a new sentencing hearing date of Wednesday, December 5, 2007 at 9:00 a.m.

///
///
///
///
///
///
///
///
///

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR 05-00516-JF
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

shall be set. The parties respectfully request the Court continue the sentencing for preparation of the Presentence Report.

It is so stipulated.

Dated: September 28, 2007

Respectfully submitted,

BAKER & McKENZIE LLP

By: /s/
Scott H. Frewing
Attorneys for Simon Yuan

Dated: September 28, 2007

By: /s/
Cynthia Stier
Assistant U.S. Attorney

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

**It is so ORDERED.**

Dated: 10/2/07

By: 
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR-07-0338-JF
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING