Scott H. Frewing, State Bar No. 191311
Andrew P. Crousore, State Bar No. 202195
Elizabeth Chien, State Bar No. 240747
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.h.frewing@bakernet.com
andrew.p.crousore@bakernet.com
elizabeth.chien@bakernet.com

Attorneys for Defendant
Simon Yuan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMON S. YUAN,<br><br>Defendant. | **Case No. CR-07-0338-JF**<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING SENTENCING HEARING** |

IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing, currently scheduled for Wednesday, December 5, 2007 at 9:00 a.m. shall be vacated, and subject to the approval of the Court, a new sentencing hearing date of Wednesday, January 9, 2008 at 9:00 a.m. shall be set.

It is so stipulated.

Dated:  November 19, 2007

Respectfully submitted,

BAKER & McKENZIE LLP


By: /s/ _____
    Scott H. Frewing
    Attorneys for Simon Yuan

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CR 05-00516-JF
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

1  Dated: November 19, 2007

3  By: /s/
    Cynthia Stier
    Assistant U.S. Attorney

5  Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

8  **It is so ORDERED.**

10 Dated: _____    By: _____
                                  JEREMY FOGEL
                                  UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR-07-0338-JF
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING