# EXHIBIT B

Case 5:07-cr-00338-JF   Document 14-3   Filed 01/02/2008   Page 1 of 3

Department of the Treasury
**Internal Revenue Service**
OGDEN, UT 84201-0039

For assistance, call:
1-800-829-0115

**Notice Number:** CP210
**Date:** March 26, 2007

**Taxpayer Identification Number:**
77-0468005
**Tax Form:** 941
**Tax Period:** June 30, 2006

HUNAN GARDEN RESTAURANT
%SCOTT FREWING
BAKER & MCKENZIE
660 HANSEN WAY
PALO ALTO   CA   94304-1044993

29141-240-81921-6

Statement of Adjustment to Your Account

| | |
|---|---:|
| Balance Due on Account Before Adjustment | $14,273.03 |
| Adjustment Computation | |
| Penalty Decrease - Federal Tax Deposit | $14,034.20 |
| Reduction of Interest Previously Charged | $238.83 |
| Net Adjustment Credit | $14,273.03 |
| Balance Due | NONE |

**Status of Your Account (Exam)**

This notice isn't the result of an examination of your return. We notify a taxpayer when we select his/her return for examination.

For tax forms, instructions and information visit **www.irs.gov**. (Access to this site will not provide you with your specific taxpayer account information.)

04946

---

✂ **CUT HERE** ─────────────────────────────────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:        Best Time to Call:        ☐ **Correspondence enclosed:**
( )        ___        ___ AM ___ PM
* Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence.

SB    200711    0325    29154-467-16266-7

210    Internal Revenue Service    HUNAN GARDEN RESTAURANT
       OGDEN, UT 84201-0039         %SCOTT FREWING
                                    BAKER & MCKENZIE
                                    660 HANSEN WAY
                                    PALO ALTO  CA  94304-1044993

770468005 ST HUNA 01 2 200606 670 00000000000