Scott H. Frewing, State Bar No. 191311
Andrew P. Crousore, State Bar No. 202195
Elizabeth Chien, State Bar No. 240747
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
scott.h.frewing@bakernet.com
andrew.p.crousore@bakernet.com
elizabeth.chien@bakernet.com

Tel. +1 650 856 2400
Fax +1 650 856 9299

Attorneys for Defendant
Simon Yuan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMON YUAN,<br><br>Defendant. | Case No. CR 07 00338 JF<br><br>**DECLARATION OF WILLIAM LOCK** |

I, William Lock, hereby make the following Declaration under penalty of perjury under the laws of the State of California and the United States. I declare that the facts stated herein are true, correct and within my own personal knowledge. If called as a witness and sworn I could and would testify to the following:

1. I am a waiter at Hunan Garden Restaurant. I began working as a waiter at Hunan Garden Restaurant in June 2004. Prior to working at Hunan Garden, I stayed home as a full-time father.

2. There are four full-time waiters at Hunan. There are two full-time busboys and one part-time bus boy. Approximately eight people work in the kitchen.

3. I have personally observed that Simon Yuan works at Hunan Garden Restaurant

1
Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044
+1 650 856 2400

Case No CR 07 00338 JF
Declaration of William Lock

seven (7) days each week. Simon does not work at Hunan Garden on Saturday morning, Sunday morning and occasional on one (1) week night each week, if the restaurant is not busy.

4. Prior to 2005, Simon primarily worked as a waiter and greeted the restaurant's customers. Beginning in 2005, Simon's functions at the restaurant have changed slightly. Simon has spent more time working in the kitchen. Simon frequently cooks when the chef is unable to come to work.

5. I have observed that it is very difficult for Hunan Garden Restaurant to hire people in the kitchen, because other restaurants pay their kitchen employees one half or a third in cash. Today, Hunan Garden Restaurant does not pay its kitchen workers in cash. I am aware that prior to June 2005, Hunan Garden Restaurant paid some compensation to the kitchen employees in cash on pay day, which is on the 2nd and 17th of each month.

6. Simon makes Hunan Garden Restaurant function. If Simon was not at the restaurant on a daily basis, I believe that the business will drop at the restaurant, and that Hunan Garden will eventually go out of business.

9. I have spent time with Simon's family. Simon is a good father. Simon has a soft heart, and he always takes care of other people first.

Under penalties of perjury, I declare that the above information, to the best of my knowledge and belief is true, correct and complete.

Dated: January 2, 2008                                    _____
                                                          William Lock

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044
+1 650 856 2400

2

Case No CR 07 00338 JF
Declaration of William Lock