Scott H. Frewing, State Bar No. 191311
Andrew P. Crousore, State Bar No. 202195
Elizabeth Chien, State Bar No. 240747
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
scott.h.frewing@bakernet.com
andrew.p.crousore@bakernet.com
elizabeth.chien@bakernet.com

Tel. +1 650 856 2400
Fax +1 650 856 9299

Attorneys for Defendant
Simon Yuan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMON YUAN,<br><br>Defendant. | Case No. CR 07 00338 JF<br><br>**DECLARATION OF XIU QIN ("MAY") YANG** |

I, Xiu Quin ("May") Yang, hereby make the following Declaration under penalty of perjury under the laws of the State of California and the United States. I declare that the facts stated herein are true, correct and within my own personal knowledge. If called as a witness and sworn I could and would testify to the following:

1. I have worked as a waitress at Hunan Garden Restaurant since it opened in September 1998. I have also acted as a hostess at the restaurant on some occasions. Prior to working at Hunan Garden, I have worked at other restaurants as a waitress. Effective June 5, 2006, I invested in Hunan Garden Restaurant and purchased 101 shares of common stock, representing a 49% interest in Hunan Garden Restaurant.

2. Currently, Hunan Garden Restaurant employs fourteen full-time employees, as well

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044
+1 650 856 2400

Case No CR 07 00338 JF
Declaration of Xiu Qin ("May") Yang

as certain part-time employees. There are four full-time waiters. In addition, there are three busboys – two full-time and one part-time. Eight full-time employees work in the kitchen.

  3. I recall that the following persons worked at Hunan Garden restaurant in or about 2002 and 2003, although I do not remember the exact dates or the length of their employment:

   A. Chen Ti Su;

   B. a man named Miguel;

   C. a woman named Luisa; and

   D. a man named Jessie.

I further recall that Miguel and Luisa were married.

  4. I have personally observed that Simon Yuan has worked at Hunan Garden Restaurant almost 365 days out of each year since he opened the restaurant. Generally, Simon does not work on Saturday morning or Sunday morning, but on those days he does work in the evenings. Recently, Simon and I agreed that he would take off either Tuesday or Wednesday night, depending on how busy the restaurant is. I am not aware that Simon has ever taken a vacation.

  5. Simon's responsibilities have included purchasing food, acting as a waiter and host, and when necessary, cooking in the kitchen. Simon is the "face of the restaurant" and the person whom customers seek to visit with when they come to the restaurant. Every day, there are customers who ask specifically ask for Simon. When Simon is not at the restaurant, the customers are upset.

  6. I strongly believe that the restaurant would be negatively impacted if Simon Yuan was not at the restaurant on a daily basis. I believe that if Simon were not at the restaurant for more than two weeks, the work would be too much for me alone. I do not have very much experience in running a restaurant, and I rely on Simon's experience. I believe that if Simon were not there for more than two weeks, the restaurant would not survive. I believe that he restaurant would probably have to close if Simon were not available for an extended period of time.

  7. I believe that Simon is a very good person. Otherwise, I would not have worked with Simon for so long, and then agreed to become his partner in the restaurant. Simon has always treated me with respect, fairness and equality. He has never treated me as if I were only an employee. Simon is also a trustworthy business partner.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044
+1 650 856 2400

Case No CR 07 00338 JF
Declaration of Xiu Qin ("May") Yang

8.      It was common knowledge at Hunan Garden Restaurant, and in the Chinese restaurant business generally, that kitchen workers are frequently paid in cash. Indeed, now that Hunan Garden Restaurant does not pay cash wages to its kitchen workers, it is difficult to hire kitchen workers. I never observed Simon or his wife Sue pay Hunan Garden Restaurant's kitchen workers in cash, but prior to the government's tax enforcement against Simon, I understood that the kitchen staff received cash payments.

Under penalties of perjury, I declare that the above information, to the best of my knowledge and belief is true, correct and complete.

Dated: January 2, 2008

Xiu Quin ("May") Yang

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044
+1 650 856 2400

Case No **CR 07 00338 JF**
Declaration of Xiu Qin ("May") Yang