UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>SIMON YUAN,<br>　　　　Defendant. | Case Number CR-07-00338-JF<br><br>Sentencing Hearing<br><br>January 16, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Sentencing hearing set on January 9, 2008 is continued to January 16, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

January 3, 2008　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk