JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor, Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Fax: (415) 436-6748

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> ) <br> **SIMON S. YUAN,** ) <br> ) <br>     **Defendants.** ) <br> _____ ) | Case No. CR-07-0338-JF <br><br><br> **STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING SENTENCING HEARING** |

IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing, currently scheduled for Wednesday, January 16, 2008 at 9:00 a.m. shall be vacated, and subject to the approval of the Court, a new sentencing hearing date of Wednesday, February 6, 2008 at 9:00 a.m. shall be set.

IT IS SO STIPULATED.

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney

Dated: January 9, 2008                  /s/ Cynthia Stier
                                                         CYNTHIA STIER
                                                          Assistant United States Attorney
                                                          Tax Division

                                                         BAKER & McKENZIE LLP

Dated: January 9, 2008                  /s/ Scott H. Frewing
                                                         SCOTT H. FREWING
                                                          Attorneys for Simon Yuan

1  Pursuant to General Order No. 45, Section X(B), Cynthia Stier hereby attests that the
2  signatory's concurrence in the filing of this document has been obtained.
3
4  IT IS SO ORDERED.
5
6
7  Dated: _____
   JEREMY FOGEL
8  UNITED STATES DISTRICT JUDGE