*efiled 1/14/08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Fax: (415) 436-6748

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SIMON S. YUAN,**<br><br>**Defendants.** | **Case No. CR-07-0338-JF**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE-SCHEDULING SENTENCING HEARING** |

IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing, currently scheduled for Wednesday, January 16, 2008 at 9:00 a.m. shall be vacated, and subject to the approval of the Court, a new sentencing hearing date of Wednesday, February 6, 2008 at 9:00 a.m. shall be set.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 9, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

BAKER & McKENZIE LLP

Dated: January 9, 2008

/s/ Scott H. Frewing
SCOTT H. FREWING
Attorneys for Simon Yuan

Pursuant to General Order No. 45, Section X(B), Cynthia Stier hereby attests that the signatory's concurrence in the filing of this document has been obtained.

IT IS SO ORDERED.

Dated: 1/14/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE