UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, February 13, 2008
**Case Number:** CR-07-00338-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**           UNITED STATES OF AMERICA V. SIMON YUAN

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| United States | Simon Yuan |
| **Attorneys Present:** Tom Newman | **Attorneys Present:** Scott Frewing |

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 4 months on counts 1, 2 and 3 of the Information, with each count to be served concurrent to each other; 1 year supervised release; $300.00 special assessment; $11,000.00 fine; and $25,424.00 restitution. Defendant shall self-surrender 5/15/08.