UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>SIMON YUAN,<br>　　　　Defendant.<br>_____/ | Case No. CR-07-00338-JF<br><br>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54 |

　　　The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

　　x　　Presentence Report

　　_　　Plea Agreement

　　x　　Statement of Reasons

IT IS SO ORDERED.

DATED: February 22, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge