03/31/2008 07:39 PM EST

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg La # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|------------|---------------------|----------------------|-----------|--------------|----------------|--------------|
| 001 | SIMON S YUAN | 504100 | SPECIAL PENALTY ASSESSMENT | 300.00 | 0.00 | CT 5461002574 | 1 | PR | 300.00 | 02/13/2008 |

Case No. DCAN507CR000338    US V YUAN

Division Payment Total    300.00

Grand Total    300.00

300.00 SPECIAL ASSESSMENT ON 2/13/2008

Page 1 of 1

E-FILING