06/19/2008 08:35 PM EST

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

FILED

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$11,000.00 FINE PAID IN FULL.  ON 4/22/2008

PLUS INTEREST OF $22.61 PER U.S. ATTY'S FLU

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Sun Jose | | | | | | | | | | |
| | Case No. DCANS07CR000338 | | US V YUAN | | | | | | | |
| 001 | SIMON S YUAN | 504100 | FINE-CRIME VICTIMS FUND | 11,022.61 | 0.00 | CQ 08461100341 | 2 | PR | 11,000.00 | 06/13/2008 |
| 001 | SIMON S YUAN | 504100 | FINE-CRIME VICTIMS FUND | 11,022.61 | 0.00 | CQ 08461100341 | 3 | IN | 22.61 | 06/13/2008 |
| | | | | | | | Sub-Total | | 11,022.61 | |
| 001 | SIMON S YUAN | 504100 | SPECIAL PENALTY ASSESSMENT | 300.00 | 0.00 | CT 5461100257-4 | 1 | PR | 300.00 | 02/13/2008 |
| | | | | | | | Sub-Total | | 300.00 | |
| 001 | SIMON S YUAN | 6855XX | VICTIM RESTITUTION | 25,476.27 | 0.00 | CK DCANS07CR000338-A | | PR | 25,424.00 | 06/13/2008 |
| 001 | SIMON S YUAN | 6855XX | VICTIM RESTITUTION | 25,476.27 | 0.00 | CK DCANS07CR000338-A | IN | | 52.27 | 06/13/2008 |
| 001 | SIMON S YUAN | 6855XX | VICTIM RESTITUTION | 25,476.27 | 0.00 | CQ 08461100341 | 1 | PR | (11,022.61) | 06/13/2008 |
| 001 | SIMON S YUAN | 6855XX | VICTIM RESTITUTION | 25,476.27 | 0.00 | CT 3461101837-8 | 1 | PR | 11,022.61 | 04/22/2008 |
| | | | | | | | Sub-Total | | 25,476.27 | |
| | | | | | | | Division Payment Total | | 36,798.88 | |
| | | | | | | | Grand Total | | 36,798.88 | |